RECEIVED

NOV - 5 2010

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION 07-60054 |
| VERSUS | JUDGE DOHERTY |
| KEVIN FORREST | MAGISTRATE JUDGE HANNA |

### JUDGMENT

Kevin Forrest's Motion Seeking Release from Custody (Rec. Doc. 47) was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the lack of objection filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that defendant's Motion Seeking Release from Custody (Rec. Doc. 47) is **DENIED** and defendant Kevin Forrest is found competent to stand trial.

Lafayette, Louisiana, this 5 day of November, 2010.

_____
DISTRICT JUDGE REBECCA F. DOHERTY

Counsel shall contact the court within ten (10) days of the date of this judgment for the purpose of scheduling a telephone status conference to set this matter for trial.